UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00177-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE ESTEBAN JUAREZ-ABITIA,

      Defendant.

---

### ORDER

---

      This matter is before the Court upon a review of the file.  A 3-day jury trial is set for **Monday, June 29th, 2009, at 9:00 a.m. in courtroom A-1002.**  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, the parties shall contact Chambers if they determine that they will need to file pretrial motions, or if a final trial preparation conference becomes necessary.

      Dated:  April 28, 2009

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge