UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00177-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ESTEBAN JUAREZ-ABITIA,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on May 22, 2009. A Change of Plea hearing is set for **Tuesday, August 18, 2009, at 11:00 a.m., in courtroom A-1002.** The 3-day jury trial previously set for Monday, June 29th, 2009, at 9:00 a.m. in courtroom A-1002, is hereby **VACATED.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: May 22, 2009.